IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jacquelyn K. Gilllum,

    Plaintiff,

v.

Case No. 2:09-cv-0019

Michael J. Astrue, Commissioner
of Social Security,

JUDGE SARGUS

    Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on January 20, 2010. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. Plaintiff's statement of errors is OVERRULED and the Clerk is directed to enter judgment in favor of the defendant Commissioner.

Date: 2-4-2010

Edmund A. Sargus, Jr.
United States District Judge