AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JACQUELYN K. GILLUM,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-09-019**
**MICHAEL J. ASTRUE,**    **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**    **MAGISTRATE JUDGE TERENCE P. KEMP**
**SOCIAL SECURITY,**

       **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed February 4, 2010, JUDGMENT is hereby entered in favor of the defendant Commissioner. This case is DISMISSED.**

Date: February 4, 2010                           JAMES BONINI, CLERK

                                                /S/ Andy F. Quisumbing
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk